UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ELENA BORDA,

                     Plaintiff,

-against-

REYES HOLDINGS, REINHART TRANSPORTATION and
ROBERT ANTHONY KING,

                     Defendants.

----------------------------------------------------------------X

07-CV-01935 (ENV)

~~Index No.: 8041/07~~

**STIPULATION OF DISCONTINUANCE & Order**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff, ELENA BORDA, and the defendants, REYES HOLDINGS, REINHART TRANSPORTATION, and ROBERT ANTHONY KING, in the above-entitled action, that whereas none of the aforementioned parties is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby discontinued, with prejudice, without costs to either party as against the other. This stipulation may be signed in counterparts, the whole of which shall be deemed a complete original. Facsimile signatures shall be deemed to be originals. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Mineola, New York
       October 31, 2007

| | |
|---|---|
| LATOS, LATOS & DI PIPPO, P.C. | HAVKINS ROSENFELD RITZERT VARRIALE, LLP |
| By: _____ <br> Philip Di Pippo, Esq. <br> *Attorney for Plaintiff* <br> *ELENA BORDA* <br> 22-15 31st Street, 2nd Floor <br> Astoria, New York 11105 <br> (718) 721-5740 | By: _____ <br> Carlie Fitapelli (CF 5116) <br> *Attorneys for Defendants* <br> *REYES HOLDINGS, REINHART TRANSPORTATION and ROBERT ANTHONY KING* <br> 114 Old Country Road, Suite 300 <br> Mineola, New York 11501 <br> (516) 620-1700 |

The Clerk is directed to close this case.
So Ordered

Dated: Brooklyn NY
      Nov. 13, 2007

s/Hon. Eric N. Vitaliano
_____
USDJ